KATHLEEN BLISS
Nevada Bar No. 7606
RUSSELL J. BURKE
Nevada Bar No. 12710
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
FAX: 702.893.3789

Attorneys for Young Hie Choi

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-cr-268-JAD-CWH |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |
| vs. | **(First Request)** |
| YOUNG HIE CHOI, a.k.a. Lianyi Li, PAUL CHOI, a.k.a. Chunai Li, JIN HO SONG, a.k.a. Chenghua Song, a.k.a. Aihua Shen, a.k.a. Songai Li, IN SEON SEONG, a.k.a. Hong Shan Jin, JONG YUN LEE, a.k.a. Hong Chang, a.k.a. Hong Yu Jin, and MYOUNG SOOK SONG, a.k.a. Chun Yu Jin, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through Assistant United States Attorney Kimberly Frayn of the United States Attorney's Office for the District of Nevada, and defendant Young Hie Choi, by and through Kathleen Bliss and Russell J. Burke, of the law firm Lewis Brisbois Bisgaard & Smith, that the hearing on defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 93) be held on May 18, 2015, or the first available date thereafter at the Court's convenience based on the following:

   1. Defendant filed her Motion to Modify Conditions of Pretrial Release on April 22, 2015;

4810-4253-2131.1

2. The Court noticed a hearing on the Motion to Modify Conditions of Pretrial Release for May 6, 2015, at 11:00 a.m.;

3. Counsel for defendant will be out of the country from May 5, 2014, through May 9, 2015; and

4. The Assistant United States Attorney on behalf of the United States will be unavailable May 7, 2015, through May 15, 2015.

5. May 18, 2015 is the first available date for attorneys for both sides.

This stipulation is made in good faith and not for the purposes of delay.

DATED: April 24, 2015.

By: /s/ Kathleen Bliss
KATHLEEN BLISS
Attorney for Young Hie Choi

By: /s/ Kimberly Frayn
KIMERBERLY FRAYN
Attorney for the government

**IT IS HEREBY ORDERED** that the hearing on defendant's Motion to Modify Conditions of Pretrial Release will be held on Thursday, May 28, 2015, at 9:00 a.m. in courtroom #6D.

**IT IS FURTHER ORDERED** that the government's response in opposition to defendant's Motion, if any, is due on or before May 12, 2015.    Defendant's reply in support, if any, is due on or before May 22, 2015.

DATED this 27th day of April, 2015.

_____
United States District Judge



4810-4253-2131.1

2

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(c) of the Federal Rules of Criminal Procedure, I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH, LLP, and that on this 24th day of April, 2015, I did cause a true and correct copy of:

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE HEARING**
**(First Request)**

To be served electronically to the parties of record through the Court's CM/ECF filing system.

By: */s/Krystle Platero* _____

An employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4810-4253-2131.1                                  3