KATHLEEN BLISS
Nevada Bar No. 7606
RUSSELL J. BURKE
Nevada Bar No. 12710
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
FAX: 702.893.3789

Attorneys for Young Hie Choi

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>YOUNG HIE CHOI, a.k.a. Lianyi Li,<br>PAUL CHOI, a.k.a. Chunai Li,<br>JIN HO SONG, a.k.a. Chenghua Song, a.k.a.<br>Aihua Shen, a.k.a. Songai Li,<br>IN SEON SEONG, a.k.a. Hong Shan Jin,<br>JONG YUN LEE, a.k.a. Hong Chang, a.k.a.<br>Hong Yu Jin, and<br>MYOUNG SOOK SONG, a.k.a. Chun Yu Jin,<br><br>             Defendants. | CASE NO. 2:12-cr-268-JAD-CWH<br><br>**STIPULATION AND ORDER FOR YOUNG HIE CHOI TO STAY IN PRESCOTT, ARIZONA FOR TWO CONSECUTIVE NIGHTS EACH WEEK OF THE MONTH OF JUNE 2015** |

IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through Assistant United States Attorney Kimberly Frayn of the United States Attorney's Office for the District of Nevada, and defendant Young Hie Choi ("Ms. Choi"), by and through Kathleen Bliss and Russell J. Burke, of the law firm Lewis Brisbois Bisgaard & Smith LLP, (collectively, the "Parties") that:

1. Ms. Choi is currently allowed to stay in Prescott, Arizona one night per week for business purposes, (*see* ECF No. 81, Order);

2. The Parties have agreed that, for the month of June only, Ms. Choi may stay two consecutive nights each week in Prescott, Arizona each for the purposes of maintaining

4835-6378-2180.1

proper standards at her business in Prescott, Arizona;

3. Ms. Choi will notify Pretrial Services prior to leaving for Prescott, Arizona for her two consecutive night stay;

4. Specifically, Ms. Choi may stay in Prescott, Arizona the following consecutive nights:

   a. Tuesday, June 9, 2015, through Thursday, June 11, 2015;

   b. Tuesday, June 16, 2015, through Thursday, June 18, 2015;

   c. Tuesday, June 23, 2015, through Thursday, June 25, 2015; and

5. All remaining conditions of pretrial release remain in place;

This Stipulation is made in good faith and not for the purposes of delay.

DATED: June 8, 2015.

By: /s/ Kathleen Bliss
KATHLEEN BLISS
Attorney for Young Hie Choi

By: /s/ Kimberly Frayn
KIMERBERLY FRAYN
Attorney for the government

**IT IS HEREBY ORDERED** that Ms. Choi may stay two consecutive nights each week in Prescott, Arizona for the month of June 2015 in accordance with the schedule presented in the Stipulation..

**IT IS FURTHER ORDERED** that all of Ms. Choi's remaining pretrial release conditions remain in effect.

Dated: June 8, 2015.

_____
United States District Judge