KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
400 S. 4th St., Suite 500
Las Vegas, Nevada 89101
Telephone: 702.793.4202
Facsimile: 702.793.4001

*Attorneys for Young Hie Choi*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>YOUNG HIE CHOI, a.k.a. Lianyi Li,<br>PAUL CHOI, a.k.a. Chunai Li,<br>JIN HO SONG, a.k.a. Chenghua Song, a.k.a. Aihua Shen, a.k.a. Songai Li,<br>IN SEON SEONG, a.k.a. Hong Shan Jin,<br>JONG YUN LEE, a.k.a. Hong Chang, a.k.a. Hong Yu Jin, and<br>MYOUNG SOOK SONG, a.k.a. Chun Yu Jin,<br><br>　　　　　Defendants. | CASE NO. 2:12-cr-268-JAD-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL SUPERVISION** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the United States of America, by and through Assistant United States Attorney Kimberly Frayn of the United States Attorney's Office for the District of Nevada, and defendant Young Hie Choi, by and through Kathleen Bliss, Esq. and Jason Hicks, Esq., of the law firm Kathleen Bliss Law PLLC, (collectively, the "Parties") that:

1. Ms. Choi has complied with all conditions of her supervised release for almost four years, with only one violation occurring in February 2013;

2. Ms. Choi does not present a danger to the community, and she has proven not to be a

flight risk;

3. As such, the Parties stipulate, and United States Pretrial Services Officer Kamuela Kapanui agrees, that Condition 7, which requires Ms. Choi to report to Pretrial Services, should be removed and substituted with the following: "The defendant is no longer required to be under Pretrial Services supervision. All remaining conditions remain in place."

This stipulation is made in good faith and not for the purposes of delay.

DATED: July 19, 2016.

By: /s/ *Kathleen Bliss*
KATHLEEN BLISS
JASON HICKS
Attorneys for Young Hie Choi

By: /s/ *Kimberly Frayn*
KIMBERLY FRAYN
Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>YOUNG HIE CHOI, et. al.,<br><br>Defendants. | CASE NO.:   2:12-cr-00268-JAD-CWH<br><br>**ORDER MODIFYING CONDITIONS OF PRETRIAL SUPERVISION** |

The Court, having before it the Stipulation of the Defendant Young Hie Choi and the Government, by Assistant United States Attorney Kimberly Frayn, with the approval of United States Pretrial Services Officer Kamuela Kapanui, **FINDS** that Defendant has been in compliance with her conditions of pretrial release, she does not present a danger to the community and she does not pose a risk of non-appearance.

**IT IS HEREBY ORDERED** that Condition #7, that "the defendant shall report to Pretrial Services" is REMOVED and REPLACED with the following language: "The defendant is no longer required to be under Pretrial Services supervision."

**IT IS FURTHER ORDERED** that all of Defendant's remaining pretrial release conditions remain in effect.

DATED this 19th day of July, 2016.

_____
United States District Judge