DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336/ Fax 702 388-5087
Kimberly.frayn@usdoj.gov

Counsel for Plaintiff United States

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  2:12-cr-00268-JAD-CWH |
| Plaintiff; | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING DATE** |
| | **(First Request)** |
| YOUNG HIE CHOI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America; Kathleen Bliss, counsel for defendant Young Hie Choi, that the sentencing hearing currently scheduled for April 17, 2017, at 9:00 a.m., be VACATED and reset to a time convenient for the Court, but not earlier than ninety days from the current setting, that is on or after Monday, July 17, 2017. This stipulation is entered into based upon the following:

1. The government requires additional time to analyze the defense experts' report

regarding the monetary losses at issue. This analysis and discussion is required to arrive at a total restitution amount attributable to this defendant, a calculation which is necessary for the sentencing hearing. It is in the interests of judicial economy that the parties exhaust attempts to reach an agreed resolution prior to sentencing. The parties are working diligently to resolve the issue without having a contested hearing.

2. Counsel for the United States, Assistant United States Attorney Kimberly M. Frayn, will be out of the office on medical leave for approximately two months beginning March 3, 2017.

3. The defendant is not incarcerated and does not object to the continuance.

4. The parties agree to the continuance. This is the first request to continue the sentencing hearing date filed herein.

Dated this 1st day of March 2017.

DANIEL G. BOGDEN
United States Attorney

| /S/ Kimberly M. Frayn | /S/ Kathleen Bliss |
|---|---|
| Kimberly M. Frayn | Kathleen Bliss, Esq. |
| Assitant United States Attorney | Attorney for defendant Young Hie Choi |
| Attorney for the United States | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>YOUNG HIE CHOI,<br><br>Defendant. | CASE NO.:  2:12-cr-00268-JAD-CWH<br><br>**ORDER TO CONTINUE SENTENCING**<br><br>**HEARING** |

Good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Monday, April 17, 2017, at 9:00 a.m., be vacated and continued to July 24, 2017 at the hour of 9:00 a.m.

DATED this 6th day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE

1