1  KATHLEEN BLISS, ESQ.
   Nevada Bar No. 7606
2  kb@kathleenblisslaw.com
   JASON HICKS, ESQ.
3  Nevada Bar No. 13149
   jh@kathleenblisslaw.com
4  KATHLEEN BLISS LAW PLLC
   1070 W. Horizon Ridge Pkwy., Suite 202
5  Henderson, Nevada 89012
   Telephone: 702.463.9074

*Attorneys for Young Hie Choi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>YOUNG HIE CHOI, et. al.,<br><br>Defendants. | CASE NO.:  2:12-cr-00268-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER**<br><br>**(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America; and Kathleen Bliss, counsel for defendant Young Hie Choi, that the sentencing hearing currently set for July 24, 2017, be VACATED and reset to a time convenient for the Court, but no earlier than three weeks from the current date, and preferably the week of August 14, 2017, if the Court's calendar allows it. This stipulation is entered into based upon the following:

1. Counsel for the defendant will be in Reno for two other sentencing hearings on the day of Ms. Choi's currently scheduled sentencing date, *United States v. Andres Rodriguez*, case no. 3:15-cr-61-HDM-WGC, and *United States v. Jose Isais Cabrera*, case no. 3:15-cr-64-LRH-WGC.

2. The government continues to review defendant's expert's loss calculations, and the parties continue to work on an agreed-upon loss amount.

3. Counsel for the United States is scheduled to be out of the office on medical leave

beginning August 21, 2017, therefore a setting for the week of August 14, 2017, is requested.

4. The defendant is not incarcerated and does not object to the continuance.

5. The parties agree to the continuance.  This is the second request to continue the sentencing hearing date filed herein.

Dated this 5th day of June 2017.

*/S/ Kimberly Frayn*_____  */S/ Kathleen Bliss*
Kimberly Frayn   Kathleen Bliss, Esq.
Assitant United States Attorney   Attorney for defendant Young Hie Choi
Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff; <br><br> vs. <br><br> CHOI, et al., <br><br> Defendants. | CASE NO.: 2:12-cr-00268-JAD-CWH <br><br> **ORDER TO CONTINUE SENTENCING HEARING** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for July 24, 2017, be and the same hereby is VACATED and continued to August 14, 2017 at the hour of 11:00 a.m.

DATED this 5th day of June, 2017.

_____
The Honorable Jennifer A. Dorsey
United States District Judge

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074