KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Young Hie Choi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>YOUNG HIE CHOI, et. al.,<br><br>Defendants. | CASE NO.: 2:12-cr-00268-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING AND PROPOSED ORDER**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America; and Kathleen Bliss, counsel for defendant Young Hie Choi, that the sentencing hearing currently set for August 14, 2017, be VACATED and reset to a time convenient for the Court, but no earlier than six weeks from the current date, as the Court's calendar allows it. This stipulation is entered into based upon the following:

1. Counsel for the defendant starts a trial on August 7, 2017, in *United States v. Hunsberger*, 2:14-cr-328-KJD-NJK, which may conflict with the sentencing herein.
2. The government and defendant are trying to negotiate an agreed restitution amount.
3. Counsel for the United States is scheduled to be out of the office on medical leave beginning August 21, 2017, and will be unavailable for up to six weeks.
4. The defendant is not incarcerated and does not object to the continuance.
5. The government agrees to the continuance.

Page 1 of 3

6. This is the third request to continue the sentencing hearing date filed herein.

Dated this 14th day of July 2017.

| | |
|---|---|
| */S/ Kimberly Frayn* | */S/ Kathleen Bliss* |
| Kimberly Frayn | Kathleen Bliss, Esq. |
| Assitant United States Attorney | Attorney for defendant Young Hie Choi |
| Attorney for the United States | |

**KATHLEEN BLISS LAW PLLC**
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff;<br><br>vs.<br><br>CHOI, et al.,<br><br>  Defendants. | CASE NO.: 2:12-cr-00268-JAD-CWH<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for August 14, 2017, be and the same hereby is VACATED and continued to October 2, 2017 at the hour of 9:00 a.m.

DATED this 17th day of July, 2017.

_____
The Honorable Jennifer A. Dorsey
United States District Judge