KATHLEEN BLISS, ESQ.
Nevada Bar No. 7606
kb@kathleenblisslaw.com
JASON HICKS, ESQ.
Nevada Bar No. 13149
jh@kathleenblisslaw.com
KATHLEEN BLISS LAW PLLC
1070 W. Horizon Ridge Pkwy., Suite 202
Henderson, Nevada 89012
Telephone: 702.463.9074

*Attorneys for Young Hie Choi*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>YOUNG HIE CHOI, et. al.,<br><br>Defendants. | CASE NO.: 2:12-cr-00268-JAD-CWH<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING AND PROPOSED ORDER**<br><br>**(Fourth Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Kimberly Frayn, Assistant United States Attorney, counsel for the United States of America; and Kathleen Bliss, counsel for defendant Young Hie Choi, that the sentencing hearing currently scheduled for October 2, 2017, be VACATED and reset to a time convenient for the Court, preferably during the week of November 6, 2017, should the Court's calendar allow it. This stipulation is entered into based upon the following:

1. The parties continue to attempt to negotiate an agreed upon restitution amount.
2. Counsel for the United States has been out of the office on medical leave and requires additional time to review defendant's expert report and analyze the restitution issue.
3. It is anticipated that a forensic accountant may need to testify on behalf of the defendant as to the restitution issue at the sentencing hearing. This expert is available the week of November 6, 2017. The government's agent is also available to testify the week of November 6.

4. The defendant is not incarcerated and does not object to the continuance.

5. The government agrees to the continuance.

6. This is the fourth request to continue the sentencing hearing date filed herein.

Dated this 19th day of September 2017.

| | |
|---|---|
| */S/ Kimberly Frayn* | */S/ Kathleen Bliss* |
| Kimberly Frayn | Kathleen Bliss, Esq. |
| Assitant United States Attorney | Attorney for defendant Young Hie Choi |
| Attorney for the United States | |

KATHLEEN BLISS LAW PLLC
1070 W. HORIZON RIDGE PKWY., SUITE 202
HENDERSON NEVADA 89012
TEL – 702.463.9074

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff;<br><br>vs.<br><br>CHOI, et al.,<br><br>        Defendants. | CASE NO.: 2:12-cr-00268-JAD-CWH<br><br>**ORDER TO CONTINUE SENTENCING HEARING** |

Based upon the stipulation of counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for October 2, 2017, be and the same hereby is VACATED and continued to November 6, 2017 at 10:00 a.m.

DATED this 19th day of September, 2017.

_____
The Honorable Jennifer A. Dorsey
United States District Judge